# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE HELM, | CASE NO. 1:09-cv-02111-OWW-SKO PC |
| Plaintiff, | ORDER DISREGARDING STATUS REQUEST |
| v. | (Doc. 17) |
| ADAM CHRISTIANSON, et al., | |
| Defendants. | |

Plaintiff James Lee Helm, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 4, 2009.  On June 30, 2011, Plaintiff filed a request seeking a status update.

The Court does not provide status updates.  As long as Plaintiff keeps the Court apprised of his current address, as he has, he will be served with copies of all decisions issued in this action.  Accordingly, Plaintiff's request for a status update is HEREBY DISREGARDED.

IT IS SO ORDERED.

**Dated:   July 6, 2011**                          **/s/ Sheila K. Oberto**
                                   UNITED STATES MAGISTRATE JUDGE